Allan Berger, LA Bar 2977
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| In re: Bextra and Celebrex Marketing Sales | * | MDL No. 1699 |
| Practices and Product Liability Litigation | * | District Judge: Charles R. Breyer |
| JOHN HARDEY, HUSBAND | * | Case No. 06-2690 |
| OF AND GRETA HARDEY | * | |
| Plaintiff, | * | **STIPULATION AND ORDER OF** |
| | * | **DISMISSAL WITH PREJUDICE** |
| VS. | * | |
| PFIZER, INC. , et al | * | |
| Defendants. | * | |

Comes now the Plaintiff, **JOHN HARDEY, HUSBAND OF AND GRETA HARDEY**, by and through the undersigned attorney(s), pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs and reserving all rights against Merck & Co., Inc.

Dated: _____          BY _____
                                 Attorney for Plaintiff, JOHN HARDEY

ALLAN BERGER & ASSOC., P.L.C.
ALLAN BERGER (BAR #2977)
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-2201
aberger@allan-berger.com

Dated: December 11, 2009       BY: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
*DEFENDANTS' LIAISON COUNSEL*

PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: DEC 1 6 2009       _____
Hon. Charles R. Breyer,
United States District Court