Allan Berger, LA Bar 2977
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana   70119
Telephone: (504) 486-9481
Facsimile:  (504) 483-8130
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| In re: Bextra and Celebrex Marketing Sales | * | MDL No. 1699 |
| Practices and Product Liability Litigation | * | District Judge: Charles R. Breyer |
| ************************************** | | |
| REGINA MARTIN | * | Case No. 06-2690 |
| | * | |
| Plaintiff, | * | **STIPULATION AND ORDER OF** |
| | * | **DISMISSAL WITH PREJUDICE** |
| VS. | * | |
| | * | |
| PFIZER, INC., AND MERCK & CO., INC. | * | |
| | * | |
| Defendants. | * | |
| ************************************** | | |

Comes now the Plaintiff, **REGINA MARTIN**, by and through the undersigned attorney(s),

pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action

*with prejudice* with each side bearing its own attorneys' fees and costs, reserving all rights against

Merck & Co., Inc.

Dated: _____

BY _____
Attorney for Plaintiff, REGINA MARTIN

ALLAN BERGER & ASSOC., P.L.C.
ALLAN BERGER (BAR #2977)
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile:  (504) 483-2201
aberger@allan-berger.com

Dated:  December 11, 2009                 BY:  _Murr_ _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
*DEFENDANTS' LIAISON COUNSEL*


**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS
SO ORDERED.**

Dated:  **DEC 1 6 2009**

Hon. Charles R. Breyer,
United States District Court